# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID DONALD CLINE,<br><br>    Plaintiff,<br><br>v.<br><br>A. ROBERTS, et al.,<br><br>    Defendants. | Case No. 5:19-cv-02175-BLF<br><br>**ORDER AFTER CASE MANAGEMENT CONFERENCE STAYING CASE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

On December 10, 2019, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference. The Court ORDERS as follows:

(1) Case STAYED from December 10, 2019 to January 10, 2020.

(2) Further Case Management Conference set for January 30, 2020 at 11:00 AM. Case Management Statement due January 23, 2020.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
BETH LABSON FREEMAN
United States District Judge